United States District Court

FOR THE

**District of Nebraska**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 OCT 11  PM 12: 37

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

    v.                                          Dkt.. No.    8:05CR3

Leona Paxton

On __May 16, 2005__ the above named was placed on Probation for a period of __three__ years. Leona Paxton has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

_/s/ David E. Goering_
Supervisor, U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Leona Paxton be discharged from supervision and that the proceedings in the case be terminated.

Dated this __11th__ day of __Oct__, 20__07__.

_/s/ Laurie Smith Camp_
The Honorable Laurie Smith Camp
United States District Judge